No. 00–9851. MADDOX *v.* ELZIE ET AL. C. A. D. C. Cir. Certiorari denied.

No. 00–9855. WILLIAMS *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 00–9856. MUHAMMAD *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 00–9858. BROWN *v.* UNITED STATES;
No. 01–5184. JACKSON *v.* UNITED STATES; and
No. 01–5796. GRANT *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied. Reported below: 248 F. 3d 1182.

No. 00–9861. SMITH *v.* SIKES, WARDEN, ET AL. C. A. 11th Cir. Certiorari denied.

No. 00–9864. DRYSDALE *v.* DRYSDALE. Ct. App. Mich. Certiorari denied.

No. 00–9868. SALTERS *v.* HUGHES, SUPERINTENDENT, AVERY/MITCHELL CORRECTIONAL INSTITUTION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–9878. CARTER *v.* SOUTH CAROLINA DEPARTMENT OF CORRECTIONS ET AL. C. A. 4th Cir. Certiorari denied.

No. 00–9882. HILLHOUSE *v.* MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 00–9883. HART *v.* KATZ ET AL. C. A. 9th Cir. Certiorari denied.

No. 00–9885. HAMMOUDAH *v.* RUSH-PRESBYTERIAN-ST. LUKE'S MEDICAL CENTER ET AL. C. A. 7th Cir. Certiorari denied.

No. 00–9890. IOANE ET UX. *v.* COUNTY OF SANTA CLARA ET AL. (two judgments). C. A. 9th Cir. Certiorari denied.

No. 00–9892. STALLINGS *v.* OHIO. Sup. Ct. Ohio. Certiorari denied.